ERIC GRANT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SAMMY NAVARRO,<br><br>    Defendant. | Case No. 1:25-po-00175-SAB<br><br>[As to Citation #9336986 CA/74 Only]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Eric Grant, United States Attorney, and Arin C. Heinz, Assistant United States Attorney, hereby moves to dismiss Case No. 1:25-po-00175-SAB [as to Citation #9336986 CA/74 only] against SAMMY NAVARRO, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 2, 2025          Respectfully submitted,

                    ERIC GRANT
                    United States Attorney

            By:   /s/ *Arin C. Heinz*
               ARIN C. HEINZ
               Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:25-po-00175-SAB [as to Citation #9336986 CA/74 only] against SAMMY NAVARRO be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **October 3, 2025**

STANLEY A. BOONE
United States Magistrate Judge